IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:07CR339 |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) | **ORDER** |
| v. | ) |  |
|  | ) |  |
| LAWRENCE RAY COOK, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

THIS MATTER comes before the Court on Defendant's Motion to Seal (Filing No. 35) requesting the Motion to Determine Competency be placed under seal. The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that the Motion to Determine Competency (Filing No. 36) shall be placed under seal.

DATED this 7th day of February, 2008.

BY THE COURT:

s/ Thomas D. Thalken
United States District Judge

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:07CR339 |
| Plaintiff, | ) ) ) | **ORDER** |
| v. | ) ) | |
| LAWRENCE RAY COOK, | ) ) | |
| Defendant. | ) | |

THIS MATTER comes before the Court on Defendant's Motion to Seal (Filing No. 35) requesting the Motion to Determine Competency be placed under seal. The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that the Motion to Determine Competency (Filing No. 36) shall be placed under seal.

DATED this 7th day of February, 2008.

BY THE COURT:

s/ Thomas D. Thalken
United States District Judge

1