IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:07CR339** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **LAWRENCE RAY COOK,** | ) | |
| | ) | |
| Defendant. | ) | |

     This matter is before the court on the oral motion of Michael F. Maloney to withdraw as counsel for the defendant, Lawrence Ray Cook (Cook), made during a hearing on March 27, 2008, and Cook's motion to appoint new counsel (Filing No. 43 -Sealed).  The court held a hearing on these matters on March 27, 2008.  It is apparent that the attorney client relationship between Mr. Maloney and Cook has been irreparably ruptured and new counsel should be appointed for Cook.  Mr. Maloney's oral motion to withdraw and Cook's motion to appoint new counsel (Filing No. 43 - Sealed) are is granted.

     Michael J. Tasset is appointed to represent Cook for the balance of these proceedings pursuant to the Criminal Justice Act.  Mr. Maloney shall forthwith provide Mr. Tasset with the discovery materials provided the defendant by the government and such other materials obtained by Mr. Maloney which are material to Cook's defense.

     The clerk shall provide a copy of this order to Mr. Tasset, and Mr. Tasset shall enter his appearance in this matter forthwith.

     **IT IS SO ORDERED.**

     DATED this 27th day of March, 2008.

                                                                              BY THE COURT:

                                                                              s/Thomas D. Thalken
                                                                             United States Magistrate Judge