IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CR339 |
| | ) | |
| v. | ) | |
| | ) | |
| LAWRENCE RAY COOK, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

    Before the court is defendant Lawrence Cook's motion to return his firearm, a 38 caliber American double action revolver, Filing No. 125, and the government's response objecting to the return of this firearm, Filing No. 126. Defendant is currently serving a term in prison for being a felon in possession of ammunition. During the trial the defendant denied ownership of this firearm. Further, the court has determined that the defendant is an armed career criminal. Filing No. 101, Sentencing Memorandum at 10. For these reasons, the court will deny the motion.

    THEREFORE, IT IS ORDERED that defendant's motion to return his firearm, Filing No. 125, is denied.

    DATED this 2nd day of July, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge