**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | 8:07CR339 |
| vs. | ) | |
| | ) | |
| **LAWRENCE RAY COOK,** | ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

In the matter of the defendant's August 22, 2013 request for expedited transcript (Filing #163), the Court received a $25 payment along with defendant's request.

The Court was informed that the actual cost of the prepared transcript is $43.65, a difference of $18.65. Accordingly, the defendant is ordered to pay the difference of $18.65 before the transcript shall be mailed to the requestor.

IT IS ORDERED:

1. Lawrence Ray Cook, is ordered to pay to the Clerk of Court the amount of $18.65 for the additional cost of the prepared transcript.

2. Upon receipt of this fee, the Court Reporter is ordered to mail a paper copy of the transcript to the requestor. A copy of this order should also be mailed to the requestor.

Dated: September 9, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge