IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>LAWRENCE RAY COOK,<br><br>           Defendant. | 8:07CR339<br><br>ORDER |

This matter is before the court on the defendant's request for copies of his criminal docket sheet (Filing No. 180). On September 15, 2014, the Clerk of the Court sent a letter to the defendant informing him of the cost to obtain a copy of his docket sheet. See Filing No. 177 - Letter. In the defendant's most recent motion, he acknowledged receipt of the letter. See Filing No. 180 - Motion. As directed in the letter, the defendant may contact the Clerk of the Court to prepay for the docket sheet. At this point, the court is not inclined to provide free copies to the defendant absent a motion for collateral review of a conviction. See *Chapman v. United States*, 55 F.3d 390, 390-91 (8th Cir. 1995) (stating any request for a free transcript prior to the filing of a 28 U.S.C. § 2255 motion is premature). Accordingly,

**IT IS ORDERED**:

The defendant's request for copies (Filing No. 180) is denied.

Dated this 26th day of September, 2014.

BY THE COURT:

 s/ Thomas D. Thalken
United States Magistrate Judge