IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:07CR339 |
| vs. | |
| LAWRENCE RAY COOK, | ORDER |
| Defendant. | |

This matter is before the court on the motion of Michael F. Maloney and the Office of the Federal Public Defender to withdraw as attorney, Filing No. 188. The Federal Public Defender's Office was appointed to represent the defendant under the Court's General Order No. 2015-03 In re: Petition Arising Under *Johnson v. United States* entered on December 4, 2015. Mr. Maloney represents that the Office of the Federal Public Defender has a conflict of interest which precipitate their office's withdrawal in this matter.

IT IS ORDERED:

1. The motion to withdraw as attorney, Filing No. 188, is granted.

2. Michael F. Maloney and the Office of the Federal Public Defender are deemed withdrawn from further representation as to defendant Lawrence Ray Cook.

3. The Court will appoint new counsel in this case contemporaneously with this Order.

Dated this 7th day of January, 2016

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge