IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 8:07CR339 |
| --- | --- |
| Plaintiff, | |
| vs. | ORDER |
| LAWRENCE RAY COOK, | |
| Defendant. | |

Pursuant to the provisions of the Criminal Justice Act, Title 18, U.S.C. § 3006A(a)(1) and (c), and because of the need to process petitions under Johnson v. United States, 135 S. Ct. 2551 (2015).

IT IS ORDERED:

Stuart J. Dornan, 1403 Farnam Street, Suite 232, Omaha, Nebraska 68102, (402) 884-7044, is appointed to represent Lawrence Ray Cook for the balance of these proceedings. Mr. Dornan shall file an appearance in this matter forthwith.

IT IS FURTHER ORDERED that the Clerk shall provide a copy of this order to Mr. Dornan and the Office of the Federal Public Defender for the District of Nebraska.

Dated this 7th day of January, 2016

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge