IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>LAWRENCE RAY COOK,<br><br>           Defendant. | 8:07CR339<br><br>ORDER |

This matter is before the court on defendant's Supplemental Motion to Vacate under 28 U.S.C. § 2255, Filing No. 195. The motion is related to an earlier-filed motion that was transferred to the United States Court of Appeals for the Eighth Circuit ("Eighth Circuit") for filing. *See* Filing No. 186. For the reasons stated in the court's earlier order, the court finds it lacks jurisdiction over the motion and finds it should be transmitted to the Eighth Circuit. *See* Filing No. 192. Accordingly,

IT IS ORDERED

1. Defendant's motion (Filing No. 195) is denied without prejudice.

2. The Clerk of Court is directed to transmit the pleading (Filing No. 195) to the United States Court of Appeals for the Eighth Circuit for filing.

Dated this 8th day of June, 2016

                                                    BY THE COURT:

                                                    s/ Joseph F. Bataillon
                                                    Senior United States District Judge