IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | Case No. 8:07CR339 |
|---|---|---|
| Plaintiff, | ) | **ORDER TO DESTROY** |
| vs. | ) | |
| LAWRENCE RAY COOK, | ) | |
| Defendant. | ) | |

Counsel for the defendant notified the court on August 23, 2017 that counsel wishes the following exhibits held by the court in this matter to be destroyed.

Defendant's Sentencing Exhibit from hearing held 2/11/2009

Pursuant NECivR 79.1(f) or NECrimR 55.1(g), if counsel fails to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the above-listed exhibits 14 days from the date of this order.

IT IS SO ORDERED.

DATED: August 25, 2017

BY THE COURT

s/ Joseph F. Bataillon
United States District Judge